**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IRIS MASSO MENDOZA,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-3761** |
| | : | |
| **NEW COURTLAND, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 30th day of September, 2026, upon consideration of Plaintiff Iris Masso Mendoza's Motions to Proceed *In Forma Pauperis* (Doc. No. 1, 7), Complaint (Doc. No. 2), Motion to Appoint Counsel (Doc. No. 3), and Motion for Equitable Tolling and Response in Opposition to Defendant's Motion to Dismiss (Doc. No. 6), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum. Mendoza's federal claims are **DISMISSED WITH PREJUDICE**, and her state claims are **DISMISSED WITHOUT PREJUDICE** to her right to pursue those claims in an appropriate state court.

4. The Motion for Equitable Tolling and Response in Opposition to Defendant's Motion to Dismiss (Doc. No. 6) is **DENIED**.

5. The Motion for Appointment of Counsel (Doc. No. 3) is **DENIED** as moot.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

**/s/ Karen Spencer Marston, J.**
**KAREN SPENCER MARSTON, J.**